580

Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Gordon* and *E. E. Easterling* for petitioners. *Messrs. C. R. Wharton, John C. Jackson,* and *John E. Green, Jr.* for respondent.

No. 209. ROGERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. L. A. Luce, Claude I. Parker,* and *John B. Milliken* for petitioners. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch, S. Dee Hanson,* and *Richard H. Demuth* for respondent.

No. 211. CONNERS MARINE CO. *v.* AMERICAN MO-LASSES CO. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles W. Hagen* for petitioner. *Mr. Chauncey I. Clark* for respondents.

No. 217. BASS, ADMINISTRATRIX, *v.* DEHNER, EXECU-TRIX. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. R. Preston Shealey* for petitioner. *Mr. Austin F. Canfield* for respondent.

No. 221. MANILA ELECTRIC CO. *v.* PASAY TRANSPOR-TATION CO. October 9, 1939. Petition for writ of certiorari to the Supreme Court of the Philippines denied. *Mr. Ewald E. Selph* for petitioner. *Mr. Ramon Diokno* for respondent.